BEFORE THE FIRST DIVISION, FEBRUARY 16, 1945

**No. 50026.**—Protests 949849–G, etc., of Eitinger Bead Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the

items were held dutiable at 35 percent under paragraph 1503 and others at 20¹ percent under the same paragraph as modified by T. D. 49458. The protests were sustained to this extent.